**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7412

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SHIRLENE REESE BOONE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Fox, Senior District Judge.  (2:10-cr-00054-F-1)

Submitted:  January 22, 2013        Decided:  January 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shirlene Reese Boone, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirlene Reese Boone appeals the district court's order denying her motion for a transcript of the grand jury proceeding underlying her federal indictment. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Boone's informal brief does not challenge the basis for the district court's disposition, Boone has forfeited appellate review of the court's order. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>